# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Luis Manuel Farias-Farias,<br>a.k.a.: Luis Manuel Farlas-Farias<br>A078 497 552<br>*Defendant* | Case No. 17-368MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of August 31, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), a felony, and Title 8, U.S.C. § 1325(a)(2), a class B misdemeanor, an offense described as follows:

**See Attachment A Incorporated By Reference Herein**

I further state that I am a Border Patrol Agent with U.S. Customs and Border Protection.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: Charles E. Bailey, P.S. for AUSA James B. Morse Jr.

☒ Continued on the attached sheet.

*Complainant's signature*
Jimmy X. Cepeda
U.S. Border Patrol Agent
*Printed name and title*

Reviewed, approved, and signed in person.

Date: September 1, 2017

*Judge's signature*

Michelle H. Burns
United States Magistrate Judge
*Printed name and title*

City and state: Phoenix, Arizona

## ATTACHMENT A

### Count 1

On or about August 31, 2017, Luis Manuel Farias-Farias, an alien, was found in the United States of America at or near Gila Bend, in the County of Maricopa, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Naco, Arizona, on or about February 27, 2009, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), a felony.

### Count 2

On or about August 31, 2017, at or near Gila Bend, in the County of Maricopa, in the District of Arizona, Luis Manuel Farias-Farias, an alien, did elude the examination or inspection by immigration officers in violation of Title 8, United States Code, Section 1325(a)(2), a class B misdemeanor.

## STATEMENT OF PROBABLE CAUSE

I, Jimmy X. Cepeda, being duly sworn, hereby depose and state as follows:

1. Your affiant is a United States Border Patrol agent. I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On or about August 31, 2017, Border Patrol Agent Luis Trigueros encountered an individual near Gila Bend, in the District of Arizona. The agent identified himself as Border Patrol agent and performed an immigration inspection on the individual. The individual, later identified as Luis Manuel Farias-Farias, admitted to being a citizen and national of a country other than the United States, unlawfully present in the United States. Farias-Farias was transported to the Ajo Border Patrol Station for further processing. Farias-Farias was held in administrative custody until his identity could be confirmed along with his immigration and criminal history.

3. Immigration history checks revealed Luis Manuel Farias-Farias to be a citizen of Mexico and a previously deported alien. Farias-Farias was removed from the United States to Mexico through Naco, Arizona, on or about February 27, 2009, pursuant to a removal order issued by an immigration official. There is no record of Luis Manuel Farias-Farias in any Department of Homeland Security database to suggest that he

obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal.

4. Furthermore, there is no record of Luis Manuel Farias-Farias in any Department of Homeland Security database to suggest that after his last removal from the United States he entered the United States at an official Port of Entry. Had Farias-Farias presented himself at a Port of Entry, Department of Homeland Security records likely would reveal that information. Accordingly, your affiant believes that Farias-Farias entered the United States at a location not designated as an official Port of Entry, and thereby eluded examination and inspection by Immigration Officers of the United States. Farias-Farias's immigration history was matched to him by electronic fingerprint comparison.

5. On or about August 31, 2017, Luis Manuel Farias-Farias was advised of his constitutional rights. Farias-Farias freely and willingly acknowledged his rights and agreed to provide a statement under oath. Farias-Farias stated that his true and correct name is Luis Manuel Farias-Farias and that he is a citizen of Mexico. Farias-Farias stated that he entered the United States illegally by walking through the desert, near Sonoyta, Mexico.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about August 31, 2017, Luis Manuel Farias-Farias, an alien, was found in the United

States of America at or near Gila Bend, in the County of Maricopa, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Naco, Arizona, on or about February 27, 2009, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), a felony, and on or about August 31, 2017, at or near Gila Bend, in the County of Maricopa, in the District of Arizona, Luis Manuel Farias-Farias, an alien, did elude the examination or inspection by immigration officers in violation of Title 8, United States Code, Section 1325(a)(2), a class B misdemeanor.

_____
Jimmy X. Cepeda
United States Border Patrol Agent

Sworn to and subscribed before me
this 1st day of September, 2017.

_____
Michelle H. Burns
United States Magistrate Judge